Craig C. Marchiando (SBN 283829)
craig@clalegal.com
**CONSUMER LITIGATION ASSOCIATES, P.C.**
1 Embarcadero Center, Suite 1200,
San Francisco, CA 94111
Tel: (757) 930-3660
Fax: (757) 257-3450

*Attorney for Plaintiff Peggy Anne Hansen*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Southern Division**

| | |
|---|---|
| **PEGGY ANNE HANSEN,** | Case No. 8:25-cv-01508-DFM |
| **Plaintiff,** | |
| v. | Honorable Douglas F. McCormick |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC; KIA INCORPORATED; TROPHY AUTOMOTIVE DEALER GROUP, LLC; HYUNDAI CAPITAL AMERICA, d/b/a KIA FINANCE AMERICA, and LOU SOHB CERRITOS SATURN, INC., | NOTICE OF SETTLEMENT |
| **Defendants.** | |

### NOTICE OF SETTLEMENT

Plaintiff PEGGY ANNE HANSEN ("Ms. Hansen"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Hansen and EQUIFAX INFORMATION SERVICES, LLC. Ms. Hansen and EQUIFAX

INFORMATION SERVICES, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Hansen and EQUIFAX INFORMATION SERVICES, LLC shall timely file the proper form of dismissal with the Court.

Dated:   September 30, 2025

Respectfully Submitted,

**PEGGY ANNE HANSEN**

By:   */s/ Craig C. Marchiando*
Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (757) 930-3660
Fax: (757) 930-3662
craig@clalegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 30, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

By:   */s/ Craig C. Marchiando*
Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (757) 930-3660
Fax: (757) 930-3662
craig@clalegal.com

*Counsel for Plaintiff*