Craig C. Marchiando (SBN 283829)
craig@clalegal.com
**CONSUMER LITIGATION ASSOCIATES, P.C.**
1 Embarcadero Center, Suite 1200,
San Francisco, CA 94111
Tel: (757) 930-3660
Fax: (757) 257-3450

*Attorney for Plaintiff Peggy Anne Hansen*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Southern Division**

| | |
|---|---|
| **PEGGY ANNE HANSEN,** | Case No. 8:25-cv-01508-DFM |
| **Plaintiff,** | |
| v. | Honorable Douglas F. McCormick |
| **EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC; KIA INCORPORATED; and TROPHY AUTOMOTIVE DEALER GROUP, LLC,** | **NOTICE OF SETTLEMENT** |
| **Defendants.** | |

Plaintiff Peggy Anne Hansen ("Plaintiff"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Plaintiff Trans Union, LLC. Plaintiff and Trans Union, LLC are in the process of completing the final settlement documents. Pending execution of those documents, Plaintiff and Trans Union, LLC shall timely file the proper form of dismissal with the Court.

October 22, 2025.

NOTICE OF SETTLEMENT
No. 8:25-cv-01805-DFM

|   |   |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | **PEGGY ANNE HANSEN** |
| 3 | By:   */s/ Craig C. Marchiando* |
| 4 | Craig C. Marchiando (SBN 283829)<br>**CONSUMER LITIGATION ASSOCIATES, P.C.** |
| 5 | 1 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111 |
| 6 | Tel: (757) 930-3660<br>Fax: (757) 930-3662<br>craig@clalegal.com |
| 7 | *Counsel for Plaintiff* |

NOTICE OF SETTLEMENT
NO. 8:25-CV-01805-DFM